UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:16-cv-40 (WOB-JGW)**

**PETER D. ELDRIDGE**                                                    **PETITIONER**

VS.                                       <u>**JUDGMENT**</u>

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION**                                             **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 14), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 17), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 17) to the Report and Recommendation (Doc. 14) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 14) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **denied** with prejudice. A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 29th day of June, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge